**FILED**

07/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0238



## IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0238

JOHN GROSVOLD, d/b/a/ GROSVOLD
EXCAVATING,

        Plaintiff/Counter Defendant, Appellee

and

        Cross-Appellant,

    v.

J. BOWMAN NEELY and THE BOWMAN
NEELY REVOCABLE TRUST,

        Defendant/Counterclaim Plaintiff and

Appellant.

**GRANT OF MOTION
FOR
EXTENSION OF TIME**

Motion for extension of time to file Appellant's Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until August 30, 2024, within which to prepare, file and serve the Appellant's Opening Brief.

DATED: July 24, 2024

_____

BOWEN GREENWOOD
Clerk of the Supreme Court